

*United States v. Cambra*, 933 F.2d 752, 755 (9th Cir.1991). Applying the fraud guideline for a violation of § 333(b) is a direct application of the Guidelines, rather than a departure from them, and leaves Arlen without a basis for objection.

 Arlen also contends that his sentence was disproportionately high when compared to the sentences received by other, more-culpable coconspirators. The district court sentenced Arlen to 12 months, well within the 10–16 month guideline range. Arlen cannot attack his own guideline range sentence based upon the sentences of his coconspirators. *United States v. Pierce*, 893 F.2d 669, 678 (5th Cir.1990).

Accordingly, the judgment of the district court is

AFFIRMED.

## ON SUGGESTION FOR REHEARING EN BANC

Before CLARK, Chief Judge, REYNALDO G. GARZA, POLITZ, KING, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER and EMILIO M. GARZA, Circuit Judges.[*]

BY THE COURT:

ON FURTHER CONSIDERATION, the panel's order of September 13, 1991, denying rehearing and rehearing en banc is withdrawn. A majority of the judges in active service having voted in favor of granting a rehearing en banc, IT IS ORDERED that this cause shall be reheard by the court en banc without oral argument. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

---

**George Guy DERDEN, III, Plaintiff–Appellant,**

v.

**Sheriff Sammie McNEEL and Attorney General—State of Mississippi, Defendants–Appellees.**

No. 90–1230.

United States Court of Appeals, Fifth Circuit.

Oct. 31, 1991.

Leslie Joyner Bobo, Butler, Snow, O'Mara, Stevens & Cannada, Jackson, Miss. (court appointed), for plaintiff-appellant.

Charlene R. Pierce, Sp. Asst. Atty. Gen., Marvin L. White, Asst. Atty. Gen., and Mike Moore, Atty. Gen., Jackson, Miss., for defendants-appellees.

---

**Jon G. MURRAY and Society of Separationists, Inc., Plaintiffs–Appellants,**

v.

**CITY OF AUSTIN, TEXAS and Travis County, Texas, Defendants–Appellees.**

No. 90–8561.

United States Court of Appeals, Fifth Circuit.

Nov. 4, 1991.

Rehearing Denied Dec. 3, 1991.

---

[*] Judge Barksdale is recused, and therefore did not participate in this decision.